## HILBURN v. HILBURN & RAY.

LEWIS, J. The right of a party to have his case opened for the purpose of introducing other testimony after the argument before the jury has begun rests largely in the discretion of the trial judge, and his refusal to admit such testimony will not be controlled in a case where the evidence tendered is of doubtful admissibility.

*Judgment affirmed. All the Justices concurring.*

Argued February 15, — Decided March 25, 1898.

Certiorari. Before Judge Fite. Bartow superior court. January term, 1897.

*T. C. Milner* and *J. M. Neel*, for plaintiff in error.
*A. S. Johnson* and *K. S. Anderson*, contra.

---

## BOGGS PLOW COMPANY v. BIGGERS.

SIMMONS, C. J. The first grant of a new trial upon a petition for certiorari will not be disturbed by this court, especially in a case where the bill of exceptions fails to show upon what ground the certiorari was sustained and the new trial granted. *Cruse* v. *Foster & Estes*, 76 *Ga.* 723; *Cox* v. *Snell*, 77 *Ga.* 469.

*Judgment affirmed. All the Justices concurring.*

Argued February 15, — Decided March 25, 1898.

Certiorari. Before Judge Fite. Catoosa superior court. February term, 1897.

*J. H. Anderson* and *Dean & Dean*, for plaintiff.
*W. E. Mann* and *R. J. & J. McCamy*, for defendant.